**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED
NOV 1 9 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 5:26CR129.KKC.MAS

**TRU A'LLON BRADDOCK**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 841(a)(1)**

On or about June 30, 2026, in Fayette County, in the Eastern District of Kentucky,

**TRU A'LLON BRADDOCK,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 2**
**18 U.S.C. § 924(c)(1)(A)**

On or about June 30, 2026, in Fayette County, in the Eastern District of Kentucky,

**TRU A'LLON BRADDOCK,**

did knowingly possess a firearm in furtherance of the drug trafficking crime charged in Count 1

1 for which he may be prosecuted in a court of the United States, in violation of 18 U.S.C. § 924(c)(1)(A).

**COUNT 3**
**18 U.S.C. § 922(g)(1)**

On or about June 30, 2026, in Fayette County, in the Eastern District of Kentucky,

**TRU A'LLON BRADDOCK,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock, Model 22 Gen4, .40 caliber pistol bearing serial number BDNK687, and the firearm was in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATIONS**
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)**
**18 U.S.C. § 2461**

1. By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **TRU A'LLON BRADDOCK** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **TRU A'LLON BRADDOCK** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in the Indictment, **TRU A'LLON BRADDOCK** shall forfeit to the United States any and all firearms and

ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 922 and 924 and 21 U.S.C. § 841. Any and all interest that **TRU A'LONN BRADDOCK** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARM AND AMMUNITION:**

a. Glock, Model 22 Gen4, .40 caliber pistol bearing serial number BDNK687; and

b. Ammunition.

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**CYNTHIA T. RIEKER**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

| | |
|---|---|
| **COUNT 1:** | Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.<br><br>**If prior conviction for felony drug offense:**<br>Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release. |
| **COUNT 2:** | Not less than 5 years imprisonment, but not more than life imprisonment, consecutive to any other term of imprisonment, not more than a $250,000 fine, and at least 5 years supervised release. |
| **COUNT 3:** | Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release. |
| **PLUS:** | Mandatory special assessment of $100 per count. |
| **PLUS:** | Restitution, if applicable. |
| **PLUS:** | Forfeiture. |